**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

**FILED**

MAY 1 0 2023

By_____
BONNIE HACKLER
Clerk, U.S. District Court
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. **23-CR-024-RAW** |
| DEREAK LEE EUBANKS and<br>DAMIAN MICHEAL MURGUIA, | |
| *Defendants.* | |

**S U P E R S E D I N G   I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT ONE**

**DISTRIBUTION OF FENTANYL
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C), & 18 U.S.C. § 2]**

On or about October 20, 2022, in the Eastern District of Oklahoma, the defendants,
**DEREAK LEE EUBANKS** and **DAMIAN MICHEAL MURGUIA**, did knowingly and
intentionally distribute a mixture and substance containing a detectable amount of fentanyl (N-
phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in
violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United
States Code, Section 2.

**COUNT TWO**

**DISTRIBUTION OF FENTANYL
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

On or about January 19, 2023, in the Eastern District of Oklahoma, the defendant,
**DEREAK LEE EUBANKS**, did knowingly and intentionally distribute a mixture and substance
containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl]
propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Zachary W. Parsons, TX Bar No. 24104449
Assistant United States Attorney

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY